PAULA M. YOST (State Bar No. 156843)
pyost@sonnenschein.com
IAN R. BARKER (State Bar No. 240223)
ibarker@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>　　Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>　　Defendant. | CASE NO. 08-cv-3133-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-144, plaintiff Shingle Springs of Miwok Indians — a sovereign Indian tribe that plaintiff represents is formally recognized by the United States government as "Shingle Springs Band of Miwok Indians" — and defendant Cesar Caballero, by and through their respective counsel, hereby stipulate that the deadline for defendant to file his responsive pleading to plaintiff's complaint is February 17, 2009.

The Tribe personally served the complaint and summons in this case on January 7, 2009 at 6368 Pleasant Valley Road in El Dorado, defendant's residence address. In addition, the complaint and summons were mailed to the same address on January 8, 2009.

///

///

///

///

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  Counsel for defendant acknowledged receipt of the complaint on January 26, 2009, but
2  challenged the service.  To avoid any potential controversy related to the Tribe's service of the
3  complaint, the parties agreed that defendant would file his responsive pleading to the complaint on
4  or before February 17, 2009.

5  IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 10, 2009           SONNENSCHEIN NATH & ROSENTHAL LLP


By      /s/ *Paula Yost*
            PAULA YOST

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS


Dated: February 10, 2009           BRAD CLARK ATTORNEY AT LAW



By      /s/ *Brad Clark*
            BRAD CLARK

Attorneys for Defendant
CESAR CABALLERO

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant's responsive pleading to plaintiff's complaint is due on or before February 17, 2009.

DATED: 2/10/2009

/s/ John A. Mendez
United State District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com