PAULA M. YOST (State Bar No. 156843)
pyost@sonnenschein.com
IAN R. BARKER (State Bar No. 240223)
ibarker@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>　　Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>　　Defendant. | CASE NO. 08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S COMPLAINT** |

On February 17, 2009, defendant Cesar Caballero filed a document styled "Answer of Defendant Cesar Caballero; Class Action Cross Complaint; and Demand for Jury Trial." Pursuant to Local Rule 6-144, plaintiff Shingle Springs of Miwok Indians — a sovereign Indian tribe that plaintiff represents is formally recognized by the United States government as "Shingle Springs Band of Miwok Indians" — and defendant Cesar Caballero, by and through their respective counsel, hereby stipulate that the deadline for plaintiff to file its responsive pleading to defendants' complaint is March 26, 2009.

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

                      Respectfully submitted,

Dated: February 20, 2009         SONNENSCHEIN NATH & ROSENTHAL LLP

By    /s/ *Ian R. Barker*
        IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: February 20, 2009         BRAD CLARK ATTORNEY AT LAW

By    /s/ *Brad Clark*
        BRAD CLARK

Attorneys for Defendant
CESAR CABALLERO

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's responsive pleading to Defendant's complaint is due on or before March 26, 2009.

DATED: February 24, 2009        /s/ John A. Mendez
                                United States District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com