PAULA M. YOST (State Bar No. 156843)
pyost@sonnenschein.com
IAN R. BARKER (State Bar No. 240223)
ibarker@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>Defendant. | CASE NO. 2:08CV3133-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL AND REFERRING THE ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)** |

Pursuant to Local Rule 16-271, plaintiff Shingle Springs Band of Miwok Indians, a sovereign Indian tribe formally recognized by the United States, and defendant Cesar Caballero, by and through their respective counsel, hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP"). The parties propose that the VDRP process be completed by July 13, 2009.

Additionally, pursuant to Federal Rule of Appellate Procedure 4(a)(5), the parties hereby stipulate that there is good cause for extending by thirty (30) days the time to file a notice of appeal of the Court's May 20, 2009 Order Granting Shingle Springs Band of Miwok Indians' Motion to Dismiss or, Alternatively, to Strike Cesar Caballero's Counterclaims (the "Order"), and the parties hereby jointly move for such an extension. The parties believe that extending the time available to appeal the Order by thirty (30) days will facilitate settlement of the case, while providing adequate time to prepare a timely notice of appeal, if necessary.

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 16, 2009         SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/ *Ian Barker*_____
         IAN BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: June 16, 2009         BRAD CLARK ATTORNEY AT LAW


By_____/s/ *Brad Clark*_____
         BRAD CLARK

Attorney for Defendant
CESAR CABALLERO

-2-
STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action is referred to the Voluntary Dispute Resolution Program.

2. The time to file a notice of appeal of the Court's May 20, 2009 Order Granting Shingle Springs Band of Miwok Indians' Motion to Dismiss or, Alternatively, to Strike Cesar Caballero's Counterclaims is extended by thirty (30) days.

DATED: June 22, 2009          /s/ John A. Mendez
                              Honorable John A. Mendez
                              United States District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com