1   PAULA M. YOST (State Bar No. 156843)
pyost@sonnenschein.com
2   IAN R. BARKER (State Bar No. 240223)
ibarker@sonnenschein.com
3   SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
4   San Francisco, CA 94105-2708
Telephone: (415) 882-5000
5   Facsimile: (415) 882-0300

6

7   Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

8

9                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
10

11   SHINGLE SPRINGS BAND OF MIWOK          CASE NO. 2:08-CV-03133-JAM-DAD
     INDIANS,
12                                          **ORDER DENYING MOTION TO
           Plaintiff,                       WITHDRAW AS ATTORNEY OF
13                                          RECORD BY BRAD CLARK**
     v.
14
     CESAR CABALLERO,                       Date:      September 23, 2009
15                                          Time:      9:00 a.m.
           Defendant.                       Courtroom: 6
16
                                            Judge:     Hon. John A. Mendez
17

18

19

20

21

22

23

24

25

26

27

28

*Sidebar (vertical text):* SONNENSCHEIN NATH & ROSENTHAL LLP   525 MARKET STREET, 26TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-2708   (415) 882-5000

CASE NO. 2:08-CV-03133 JAM-DAD                    [PROPOSED] ORDER DENYING
                                                  BRAD CLARK'S MOTION TO WITHDRAW

1    After full consideration of Brad Clark's Motion to Withdraw as Attorney of Record, the

2  Declaration of Cesar Caballero, the Declaration of Linda Fox, Shingle Springs Band of Miwok

3  Indians' Statement of Non-Opposition, all additional pleadings and papers filed in this matter, as

4  well as the arguments of counsel, the Court finds there is good cause to DENY the motion.

5    The Court finds that (1) withdrawal of Brad Clark as attorney of record would likely

6  prejudice his client, Cesar Caballero, and (2) withdrawal of Brad Clark as attorney of record

7  would likely delay these proceedings.

8    Accordingly, the Court hereby orders that Brad Clark's Motion to Withdraw as Attorney

9  of Record is DENIED.

10    IT IS SO ORDERED.

11

12  DATED: September 28, 2009            /s/ John A. Mendez
                                         The Honorable John A. Mendez
13                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

-1-

No. 2:08-CV-03133 JAM-DAD                    [PROPOSED] ORDER DENYING
                                             BRAD CLARK'S MOTION TO WITHDRAW

PDF created with pdfFactory trial version www.pdffactory.com