PAULA M. YOST (State Bar No. 156843)
pyost@sonnenschein.com
IAN R. BARKER (State Bar No. 240223)
ibarker@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>    Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY** |

Plaintiff Shingle Springs Band of Miwok Indians, a sovereign Indian tribe formally recognized by the United States, and defendant Cesar Caballero, by and through their counsel of record, hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the Court issued its *Status (Pre-trial Scheduling) Order* on June 8, 2009, setting the discovery cutoff date of June 11, 2010;

WHEREAS, the parties are currently in the process of meeting and conferring in an attempt to avoid asking the Court to decide a motion to compel discovery;

WHEREAS, the parties desire an extension of the discovery cutoff up to and including August 27, 2010;

WHEREAS, the granting of this extension does not affect any of the other deadlines set forth in the *Status (Pre-trial Scheduling) Order*;

-1-

PDF created with pdfFactory trial version www.pdffactory.com

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that the last day for parties to conduct discovery shall be August 27, 2010.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 16, 2010                SONNENSCHEIN NATH & ROSENTHAL LLP


By      /s/ *Ian R. Barker*
            IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: April 16, 2010                BRAD CLARK ATTORNEY AT LAW


By      /s/ *Brad Clark*
            BRAD CLARK

Attorney for Defendant
CESAR CABALLERO

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. All discovery shall be completed by August 27, 2010.

2. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

DATED: April 16, 2010

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com