PAULA M. YOST (State Bar No. 156843)
pyost@sonnenschein.com
IAN R. BARKER (State Bar No. 240223)
ibarker@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>  Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>  Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER STAYING THE ACTION**<br>**(AS MODIFIED BY THE COURT)** |

Plaintiff Shingle Springs Band of Miwok Indians, a sovereign Indian tribe formally recognized by the United States, and defendant Cesar Caballero, by and through their counsel of record, hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the Court issued its *Status (Pre-trial Scheduling) Order* on June 8, 2009, setting various deadlines for this action;

WHEREAS, the parties have recently initiated discussions that they believe may lead to settlement of this action;

WHEREAS, Mr. Caballero and the Tribe have agreed to negotiate in good faith to attempt to reach a settlement of this action;

-1-

No. 2:08-CV-03133-JAM-DAD                                                                                                         STIPULATION AND [PROPOSED]
                                                                                                                                                      ORDER STAYING THE ACTION

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties believe that a three-month stay of this action, including continuance of a pending hearing regarding the Tribe's discovery requests, would facilitate settlement efforts;

WHEREAS, the parties agree that a stay to facilitate settlement shall not constitute delay or waiver of, or in any way prejudice, the Tribe's motion to compel Mr. Caballero to produce documents;

WHEREAS, the parties would like to make arrangements for the orderly resumption of the action, in case they are unable to agree to a negotiated settlement;

WHEREAS, since filing its First Amended Complaint, the Tribe has discovered additional conduct by Caballero upon which it desires to seek relief in this action;

WHEREAS, in the case that settlement efforts are unsuccessful, the parties agree that judicial economy supports resolving all disputes relating to their trademark claims and associated rights in this single action;

WHEREAS, the parties wish to avoid unnecessary motion practice; and

WHEREAS, if the parties are unable to settle the action, the parties do not believe that the Tribe's proposed Second Amended Complaint would unduly delay the resolution of the action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. The hearing on the Tribe's motion to compel further responses to document requests, set for hearing on June 4, 2010, before the Honorable Dale A. Drozd, is continued to September 3, 2010, or as soon thereafter as is convenient for the Court;

2. The Tribe's motion for leave to file a Second Amended Complaint, set for hearing on July 7, 2010, before the Honorable John A. Mendez is taken off calendar;

3. The Tribe may file a Second Amended Complaint no later than August 30, 2010;

4. Mr. Caballero's answer to the Second Amended Complaint shall be filed no later than September 30, 2010;

5. The deadlines previously set by the Court in this action are modified as follows:

PDF created with pdfFactory trial version www.pdffactory.com

| Event | Previous Date | New Date |
|---|---|---|
| Last Day To Complete Discovery | August 27, 2010 (per order filed April 19, 2010) | November 29, 2010 |
| Last Day To File Dispositive Motions | September 22, 2010 | December 22, 2010 |
| Hearing on Dispositive Motions | October 20, 2010, 9:00 a.m. | January 19, 2011, 9:00 a.m. (or as convenient for the Court) |
| Last Day To File Joint Pretrial Statement | November 24, 2010 | February 23, 2011 |
| Final Pretrial Conference | December 3, 2010, 3:00 p.m. | March 4, 2011, 3:00 p.m. (or as convenient for the Court) |
| Trial Date | January 24, 2011, 9:00 a.m. | April 25, 2011, 9:00 a.m. (or as convenient for the Court) |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 27, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By  /s/ *Ian R. Barker*
　　　IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: May 27, 2010 | BRAD CLARK ATTORNEY AT LAW |
| | By       /s/ *Brad Clark*<br>          BRAD CLARK |
| | Attorney for Defendant<br>CESAR CABALLERO |

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-4-

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER (AS MODIFIED BY THE COURT)

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The hearing on the Tribe's motion to compel further responses to document requests, set for hearing on June 4, 2010, before the Honorable Dale A. Drozd, is continued to September 3, 2010.

2. The Tribe's motion for leave to file a Second Amended Complaint, set for hearing on July 7, 2010, before the Honorable John A. Mendez is taken off calendar.

3. The Tribe may file a Second Amended Complaint no later than August 30, 2010.

4. Mr. Caballero's answer to the Tribe's Second Amended Complaint shall be filed no later than September 30, 2010.

5. The deadlines previously set by the Court in this action are modified as follows:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Last Day To Complete Discovery | August 27, 2010 (per order filed April 19, 2010) | November 29, 2010 |
| Last Day To File Dispositive Motions | September 22, 2010 | December 29, 2010 |
| Hearing on Dispositive Motions | October 20, 2010, 9:00 a.m. | January 26, 2011, 9:30 a.m. |
| Last Day To File Joint Pretrial Statement | November 24, 2010 | February 23, 2011 |
| Final Pretrial Conference | December 3, 2010, 3:00 p.m. | March 4, 2011, 2:00 p.m. |
| Trial Date | January 24, 2011, 9:00 a.m. | April 25, 2011, 9:00 a.m. |

DATED:  May 28, 2010            /s/ John A. Mendez
                                Honorable John A. Mendez
                                United States District Court Judge

-5-

No. 2:08-CV-03133-JAM-DAD                              STIPULATION AND [PROPOSED]
                                                       ORDER STAYING THE ACTION

PDF created with pdfFactory trial version www.pdffactory.com