IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHINGLE SPRINGS BAND
OF MIWOK INDIANS,

    Plaintiff,                                   No. CIV S-08-3133 JAM DAD

    v.

CESAR CABALLERO,
                                                ORDER
    Defendant.
_____/

        This matter came before the court on September 3, 2010, for hearing on plaintiff's motion to compel further responses to document requests. Ian R. Barker, Esq. appeared for the moving party. Bradley L. Clark, Esq. appeared for defendant. For the reasons stated on the record, plaintiff's motion (Doc. No. 81) is granted in part. Defendant shall conduct a thorough search and produce all responsive documents not previously produced along with a declaration signed under penalty of perjury describing clearly and in detail the nature, scope, and results of the search undertaken. Defendant's declaration and supplemental materials shall be served on plaintiff by close of business October 1, 2010.

        IT IS SO ORDERED.

DATED: September 3, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\stewart0481.oah.090310.motgr