IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>        Plaintiff,<br><br>  v.<br><br>CESAR CABALLERO,<br><br>        Defendant. | Case No. 2:08-CV-03133-JAM-DAD<br><br>**ORDER** |

      Defendant has requested a thirty-day extension of time to comply with this court's order filed September 7, 2010 (Doc. No. 93) granting plaintiff's motion to compel further responses to plaintiff's request for production of documents, set one. Good cause appearing, defendant's request (Doc. No. 106) is granted, and defendant shall produce all responsive documents together with the declaration described in the court's September 7, 2010 order by close of business on November 1, 2010, absent further order of the court.

      IT IS SO ORDERED.

DATED: October 5, 2010.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/shinglespringsband3133.ext