PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>    Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER STAYING THE ACTION** |

  Plaintiff Shingle Springs Band of Miwok Indians (hereinafter "Tribe"), a sovereign Indian tribe formally recognized by the United States, and defendant Cesar Caballero, by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

  WHEREAS, on May 28, 2010, the Court issued an order setting various deadlines for this action;

  WHEREAS, Mr. Caballero's counsel has been informed that Mr. Caballero is under criminal investigation that may have a relationship to the Tribe's claims in this action;

  WHEREAS, Mr. Caballero has since objected to certain of the Tribe's discovery requests on the basis of rights against self-incrimination;

-1-

No. 2:08-CV-03133-JAM-DAD            STIPULATION AND [PROPOSED]
ORDER STAYING THE ACTION

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties believe that a stay of this action would permit them to evaluate the
2  impact of possible criminal proceedings on this litigation and potentially avoid discovery disputes
3  given the pending criminal investigation, disputes that could be mooted by future events, such as
4  abandonment of the criminal investigation or the completion of criminal proceedings, if any;

5  WHEREAS, the parties believe they will be in a better position to evaluate the ability to
6  proceed with this civil action, and conduct the discovery needed for the Tribe's claims and Mr.
7  Caballero's defenses, once the status of the criminal action (if any) is resolved;

8  WHEREAS, in response to the Tribe's motion to compel, Magistrate Judge Dale A. Drozd,
9  by order filed September 7, 2010, ordered Mr. Caballero to conduct a thorough search and produce
10 all documents responsive to the Tribe's First Set of Requests for Production of Documents that he
11 has not previously produced, along with a declaration signed under penalty of perjury describing
12 clearly and in detail the nature, scope, and results of the search undertaken;

13 WHEREAS, Judge Drozd thereafter granted Mr. Caballero's request for a thirty-day
14 extension, to November 1, 2010, to comply with the Court's order filed September 7, 2010, to
15 permit Mr. Caballero to retain criminal defense counsel to evaluate his rights in this civil action
16 under the Fifth Amendment;

17 WHEREAS, the Tribe has served on Mr. Caballero a Second Set of Requests for
18 Production and a First Set of Interrogatories, responses to which were due no later than October
19 15, 2010;

20 WHEREAS, a stay of this action is necessary to ensure that the Tribe is able to conduct,
21 and receive complete responses to, all discovery to which it is entitled in this action;

22 WHEREAS, on September 15, 2010, the Court issued a preliminary injunction against Mr.
23 Caballero directing him, among other things, not to "use, or represent to third parties, including
24 the United States government, that he is associated with or a representative of, the 'Shingle
25 Springs Band of Miwok Indians,' the 'Shingle Springs Rancheria,' the 'Shingle Springs Miwok
26 Tribe,' the 'Shingle Springs Miwok Indians,' or any confusingly similar variation thereof";

27 WHEREAS, Mr. Caballero has filed a notice of appeal of the Court's order of September
28 15, 2010, and the parties agree that the stay effected by this stipulation shall affect only the

-2-

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com

proceedings before this Court and shall not operate as a stay of the proceedings now pending before the Ninth Circuit Court of Appeals.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. All deadlines in the action before this Court shall be taken off calendar, and all discovery deadlines stayed, pending further order of the Court;

2. No later than January 28, 2010, and every 90 days thereafter so long as the action remains stayed, the parties shall file a joint status report, informing the Court as to whether they remain in agreement that the action should remain stayed;

3. If, at the time a joint status report is due, either party does not agree that the action should remain stayed, the parties shall meet and confer and stipulate in the joint status report to a schedule for completing the events remaining in the litigation (or, if the parties are unable to agree, the parties shall set forth separate proposed schedules in the joint status report);

4. The schedule set by the parties shall require Mr. Caballero, no later than 14 days after the filing of the joint status report terminating the stay, to comply with Judge Drozd's order on the motion to compel, respond to the Tribe's Second Set of Requests for Production, and respond to the Tribe's First Set of Interrogatories;

5. The schedule set by the parties shall provide the Tribe sufficient time to take Mr. Caballero's deposition following Mr. Caballero's compliance with his outstanding discovery obligations, and shall allow sufficient time after such deposition for the Tribe to serve and for Mr. Caballero to respond to any additional discovery prior to the discovery deadline; and

6. Any stay of the action shall not affect the force and effect of the preliminary injunction the Court issued on September 15, 2010, and the Tribe may seek and the Court may grant any relief necessary to effectuate the injunction, notwithstanding this stipulation and order.

IT IS SO STIPULATED.

-3-

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Dated: November 2, 2010     SNR DENTON US LLP

By  /s/ *Ian R. Barker*
    IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: November 1, 2010     BRAD CLARK ATTORNEY AT LAW

By  /s/ *Brad Clark* (authorized November 1, 2010)
    BRAD CLARK

Attorney for Defendant
CESAR CABALLERO

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. All deadlines in the action before this Court are taken off calendar, and all discovery deadlines are stayed, pending further order of the Court;

2. No later than January 28, 2011, and every 90 days thereafter so long as the action remains stayed, the parties shall file a joint status report, informing the Court as to whether they remain in agreement that the action should remain stayed;

3. If, at the time a joint status report is due, either party does not agree that the action should remain stayed, the parties shall meet and confer and stipulate in the joint status report to a schedule for completing the events remaining in the litigation (or, if the parties are unable to agree, the parties shall set forth separate proposed schedules in the joint status report);

4. The schedule set by the parties shall require Mr. Caballero, no later than 14 days after the filing of the joint status report terminating the stay, to comply with Judge Drozd's order on the motion to compel, respond to the Tribe's Second Set of Requests for Production, and respond to the Tribe's First Set of Interrogatories;

5. The schedule set by the parties shall provide the Tribe sufficient time to take Mr. Caballero's deposition following Mr. Caballero's compliance with his outstanding discovery obligations, and shall allow sufficient time after such deposition for the Tribe to serve and for Mr. Caballero to respond to any additional discovery prior to the discovery deadline; and

6. Any stay of the action shall not affect the force and effect of the preliminary injunction the Court issued on September 15, 2010, and the Tribe may seek and the Court may grant any relief necessary to effectuate the injunction, notwithstanding this stipulation and order.

-5-

No. 2:08-CV-03133-JAM-DAD

STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: November 2, 2010 | /s/ John A. Mendez |
| 2 | | Honorable John A. Mendez<br>United States District Court Judge |

**27355645**

-6-

No. 2:08-CV-03133-JAM-DAD  STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com