PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>    Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION**<br><br>Date:      June 15, 2011<br>Time:     9:30 a.m.<br>Courtroom: 6<br><br>Judge:    Hon. John A. Mendez |

    Upon review and consideration of Plaintiff Shingle Springs Band of Miwok Indians' ("Tribe") Application for an Order to Show Cause Why Defendant Should Not Be Held in Contempt for Violating the Court's Preliminary Injunction ("Application"), the papers filed in support of the Tribe's Application, including the declarations of Ian Barker and Yolanda Tayaba, the court file in the above-captioned case, and other good cause appearing therefor, it is hereby,

    ORDERED that Cesar Caballero shall appear and show cause, if any there is, why he should not be held in contempt for his failure to comply with the terms of this Court's preliminary injunction order ("Order") issued on September 15, 2010, directing that "Mr. Caballero may not use, or represent to third parties, including the United States government, that he is associated with

-1-

or a representative of, the 'Shingle Springs Band of Miwok Indians,' the 'Shingle Springs Rancheria,' the 'Shingle Springs Miwok Tribe,' the 'Shingle Springs Miwok Indians,' or any confusingly similar variation thereof" and that "Mr. Caballero also may not represent that he is associated with, or lives on, the Shingle Springs Rancheria, the sovereign territory and land base that is held in trust by the United States for the Tribe,"

ORDERED that a hearing on this order to show cause shall be held before this Court on **June 15, 2011 at 9:30 a.m. in Courtroom 6**, located at 501 "I" Street, Sacramento, California, 95814; and it is further,

ORDERED that any responsive pleading to this order to show cause shall be filed and served on or before **June 1, 2011** [in consideration of Mr. Caballero's criminal trial currently set before Magistrate Judge Edmund F. Brennan of this Court on May 17, 2011, and despite the seriousness of Mr. Caballero's allegedly contemptuous conduct, the Tribe is amenable to postponing any responsive pleading by Mr. Caballero until May 24, 2011, or sometime thereafter, as is convenient for the Court] and any reply thereto shall be filed and served on or before **June 8, 2011.**

DATED:  5/16/2011                                       /s/ John A. Mendez
                                                        The Honorable John A. Mendez
                                                        United States District Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com