PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
sara.setshwaelo@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>　　Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>　　Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER CONTINUING ORDER TO SHOW CAUSE HEARING OF JUNE 29, 2011** |

　　Plaintiff Shingle Springs Band of Miwok Indians (hereinafter "Tribe"), a sovereign Indian tribe formally recognized by the United States, and defendant Cesar Caballero (collectively "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

　　WHEREAS a hearing on the Court's order to show cause why defendant should not be held in contempt for violating the Court's preliminary injunction is currently scheduled for June 29, 2011, at 9:30 a.m.;

　　WHEREAS Mr. Caballero is currently incarcerated and his counsel represents that arrangements cannot be made for his attendance at a hearing on June 29, 2011;

　　WHEREAS the next available hearing date on the Court's calendar is July 20, 2011;

-1-

No. 2:08-CV-03133-JAM-DAD                                               STIPULATION AND [PROPOSED]
                                                                        ORDER CONTINUING OSC HEARING

PDF created with pdfFactory trial version www.pdffactory.com

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties that the hearing on the Court's order to show cause why defendant should not be held in contempt for violating the Court's preliminary injunction, set for hearing on June 29, 2011, is continued to July 20, 2011, at 9:30 a.m.

Respectfully submitted,

Dated: June 28, 2011          SNR DENTON US LLP


By          /s/ *Ian R. Barker*
               IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: June 28, 2011          BRAD CLARK ATTORNEY AT LAW


By   /s/ *Brad Clark* (authorized June 28, 2011)
           BRAD CLARK

Attorney for Defendant
CESAR CABALLERO

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the hearing on the Court's order to show cause why defendant should not be held in contempt for violating the Court's preliminary injunction, set for hearing on June 29, 2011, is continued to July 20, 2011, at 9:30 a.m.

DATED: June 29, 2011           /s/ John A. Mendez
                               Honorable John A. Mendez
                               United States District Court Judge

27370987

-3-

No. 2:08-CV-03133-JAM-DAD            STIPULATION AND [PROPOSED] ORDER CONTINUING OSC HEARING

PDF created with pdfFactory trial version www.pdffactory.com