PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
sara.setshwaelo@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**ORDER HOLDING DEFENDANT IN CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION**<br><br>Date:      July 20, 2011<br>Time:      9:30 a.m.<br>Courtroom: 6<br><br>Judge:     Hon. John A. Mendez |

Upon review and consideration of Plaintiff Shingle Springs Band of Miwok Indians' ("Tribe") Application for an Order to Show Cause Why Defendant Should Not Be Held in Contempt for Violating the Court's Preliminary Injunction ("Application"); the Tribe's Reply Brief Supporting Contempt Sanctions For Violating The Court's Preliminary Injunction ("Reply Brief"); the papers filed in support of the Tribe's Application and Reply Brief, including the declarations of Ian Barker, Sara Setshwaelo, and Yolanda Tayaba and the supplemental declarations of Ian Barker and Sara Setshwaelo; Defendant Cesar Caballero's Opposition to the

-1-

1  Application; statements at oral argument; the court file in the above-captioned case; and other
2  good cause appearing therefor, it is:
3     ORDERED AND ADJUDGED, for the reasons stated by the Court at the hearing on July
4  20, 2011, and the reasons set forth in the Tribe's briefs regarding contempt, that Cesar Caballero is
5  is in contempt of this Court's preliminary injunction order ("Injunction Order") issued on
6  September 15, 2010, directing that "Mr. Caballero may not use, or represent to third parties,
7  including the United States government, that he is associated with or a representative of, the
8  'Shingle Springs Band of Miwok Indians,' the 'Shingle Springs Rancheria,' the 'Shingle Springs
9  Miwok Tribe,' the 'Shingle Springs Miwok Indians,' or any confusingly similar variation thereof"
10 and that "Mr. Caballero also may not represent that he is associated with, or lives on, the Shingle
11 Springs Rancheria, the sovereign territory and land base that is held in trust by the United States
12 for the Tribe"; and it is further,
13    ORDERED that for the contempt of this Court, Cesar Caballero will be purged of the
14 contempt by taking all of the following steps or causing all the following steps to be taken, within
15 thirty (30) days after electronic service of a copy of this order:
16    1.   Withdraw the Fictitious Business Name Statement that he filed with the Office of
17 the County Clerk of El Dorado, California, under the name "Shingle Springs Band of Miwok
18 Indians";
19    2.   Cancel any business license he holds under the name "Shingle Springs Band of
20 Miwok Indians";
21    3.   Remove from the @MiwokTribe page on Twitter, currently accessible at
22 http://twitter.com/#!/MiwokTribe, any language or images in violation of the Injunction Order,
23 including but not limited to any logo bearing the name "Shingle Springs Miwok Tribe" and any
24 mention of any web address containing the words "Shingle Springs Reservation";
25    4.   Remove from the "Championindian" photo sharing website hosted by
26 Photobucket, currently accessible at http://s83.photobucket.com/albums/j307/championindian/ and
27 via various pages linked to that page, any language or images in violation of the Injunction Order,
28 including but not limited to the following images:

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

TRIBAL_CORRUPTION_FEB_5__2009_revis.jpg in the album "championindian's album," and Documenttree.jpg and FicticiousPublicationShingleSprings.jpg in the album "championindian's album / Native American Movement / Shingle Springs Reservation Allottees 1974";

5. Remove from www.myspace.com/championindian and www.myspace.com/americanindians any language or images in violation of the Injunction Order including but not limited to any use of "Shingle Springs Reservation" and "Shingle Springs Band of Miwok Indians," and "Shingle Springs Miwok," a video depicting Mr. Caballero, identifying him as the "Shingle Springs Indian Chief," and any logo bearing the name "Shingle Springs Miwok Tribe";

6. Remove all content of any kind from the domains shinglespringsreservation.com, shinglespringsmiwoktribe.com, and shinglespringsindianreservation.com as any display of those URLs violates the Court's order;

7. Remove the words "Shing e [sic] Springs Miwok Tribe [¶] Band of Miwok Indians" from the mailbox at 6368 Pleasant Valley Road in El Dorado;

8. Send to the Internal Revenue Service, Cincinnati, Ohio 45999, with a copy to the Tribe's counsel of record, a written request that the business account in the name of "Shingle Springs Band of Miwok Indians—Shingle Springs Miwok Tribe" be closed, attaching a copy of the notice indicating "WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER," appearing as Exhibit B of the Declaration of Cesar Caballero (Doc. 94-1), filed in this Court September 8, 2010;

9. Remove from YouTube, http://shinglespringsmiwoktribe.com, http://redhawkcasinoreviews.com, the "Shingle Springs Miwok Tribe" Facebook webpage, and any other web pages or platforms on which they appear, any videos containing language or images in violation of the Injunction Order, including but not limited to the videos entitled "Got Mail," "Identity Theft," "SEC Filings," "Appeal for Justice", "Just Follow the Money," and "No. C064919, California Court of Appeal, Third Appellate District";

10. Deactivate the "Shingle Springs Miwok Tribe" Facebook webpage through the process described at http://www.facebook.com/help/?page=842, to wit: by logging in as "Shingle

Springs Miwok Tribe," accessing the Account dropdown menu in the upper left corner of the screen and selecting "Account Settings"; at the bottom of the Settings page, click "deactivate"; on the next page, click "Confirm."

11. Remove from any marketing materials or invoices for "Mow Goats" any language or images in violation of the Injunction Order, including but not limited to the term "Shingle Springs Miwok Tribe"; and

12. File with the Court, no later than thirty (30) days from the date of this order, a report in writing, under oath, setting forth in detail the manner and form in which Mr. Caballero has acted to take the foregoing steps and bring himself in compliance with the Injunction Order; and its is further

ORDERED that for the contempt of this Court, Cesar Caballero shall pay a coercive sanction to the Court of $500.00 per day [the Tribe suggests $1,000 per day; Mr. Caballero suggests $50 per day] *jam* for each day beyond thirty (30) days from the date of this order that he remains in violation of the Injunction Order.

IT IS SO ORDERED.

DATED: August 1, 2011

_____
The Honorable John A. Mendez
United States District Judge

27372886

-4-

Case No. 2:08-CV-03133 JAM-DAD            [PROPOSED] ORDER HOLDING DEFENDANT IN CONTEMPT