BRAD CLARK, ESQ., CSB #248658
Law Office of Brad Clark
550 Main Street, Suite D
Placerville, CA 95667
Tel. (530) 621-4170
Fax (530) 621-2910
Email: brad@bradclarklaw.com

*Attorney for Defendant*
CESAR CABALLERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>Defendant. | Case No. 2:08-CV-03133-JAM-DAD<br><br>[~~PROPOSED~~] ORDER SEALING DECLARATION OF BRADLEY L. CLARK |

Counsel for Defendant Cesar Caballero moved for the Court to review in camera, and file under seal for the duration of this litigation, the declaration of Bradley L. Clark in support of counsel's Motion to Withdraw as counsel for Defendant Caballero. Good cause appearing, the motion is granted. The Clerk is directed to keep the declaration under seal

1

2:08-cv-03133-JAM-DAD                                    [PROPOSED] ORDER

1  for the duration of this litigation and then destroy the declaration at the conclusion of
2  litigation or return it to counsel for disposal.
3
4
5  Dated: 9-1-2011                            _____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28