1 | BRAD CLARK, ESQ., CSB #248658
Law Office of Brad Clark
2 | 243 Placerville Drive
Placerville, CA 95667
3 | Tel. (530) 621-4170
Fax (530) 621-2910
4 | Email: brad@bradclarklaw.com

5 | *Attorney for Cesar Caballero*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHINGLE SPRINGS BAND OF MIWOK INDIANS, | ) Case No.: 2:08-CV-03133-JAM-DAD |
|---|---|
| Plaintiff, | ) **ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE** |
| vs. | ) |
| CESAR CABALLERO, | ) |
| Defendant. | ) |

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the Defendant may file a response to the order to show cause (Dckt#152) no later than Monday, September 26, 2011. IT IS FURTHER ORDERED THAT Plaintiff may file a reply no later than October 3, 2011.

DATED: 9/26/2011           /s/ John A. Mendez
                           Honorable John A. Mendez
                           United States District Court Judge

1

2:08-cv-03133-JAM-DAD                              STIP. AND [PROPOSED] ORDER
                                                   EXTENDING TIME

PDF created with pdfFactory trial version www.pdffactory.com