1  BRAD CLARK, ESQ., CSB #248658
   Law Office of Brad Clark
2  243 Placerville Drive
   Placerville, CA 95667
3  Tel. (530) 621-4170
   Fax (530) 621-2910
4  Email: brad@bradclarklaw.com

5  *Attorney for Cesar Caballero*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>                    Plaintiff,<br>vs.<br><br>CESAR CABALLERO,<br><br>                    Defendant. | Case No.:   2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE OF OCTOBER 5, 2011 ON MOTION TO WITHDRAW AND ORDER TO SHOW CAUSE** |

## **STIPULATION**

Defendant Cesar Caballero ("Defendant") and Plaintiff Shingle Springs Band of Miwok Indians ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, a hearing on the Court's Order to Show Cause as well as a hearing on Brad Clark's Motion to Withdraw as Counsel for Cesar Caballero are both scheduled for October 5, 2011 at 9:30 a.m.;

WHEREAS, on September 6, 2011 a Los Angeles Superior Court judge ordered Mr. Caballero's presence on October 5, 2011 for a hearing in Los Angeles;

WHEREAS, Mr. Caballero is unable to attend this Court's hearing on October 5, 2011 because his attendance is required in Los Angeles on that date;

WHEREAS, the next available hearing date on the Court's calendar is October 19, 2011;

1

PDF created with pdfFactory trial version www.pdffactory.com

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. The hearing on the Court's Order to Show Cause (Dckt#152) and the hearing on Brad Clark's Motion to Withdraw as Counsel for Cesar Caballero (Dckt#145) are both continued to October 19, 2011, at 9:30 a.m., from October 5, 2011.

2. Defendant's response to the Order to Show Cause shall be filed no later than Friday, October 7, 2011.

3. Plaintiff's reply to Defendant's response to the Order to Show Cause shall be filed by Friday, October 14, 2011.

4. Defendant's reply to Plaintiff's Opposition to Brad Clark's Motion to Withdraw as Counsel for Cesar Caballero (Dckt#153) shall be filed by Wednesday, October 12, 2011.

Dated:  September 28, 2011

Respectfully Submitted,
**LAW OFFICES OF BRAD CLARK**
Brad Clark

By:  */s/* Brad Clark
       BRAD CLARK

Attorney for Defendant
CESAR CABALLERO

Dated:  September 28, 2011

**SNR DENTON US LLP**
Paula M. Yost
Ian R. Barker
Sara Dutschke Setshwaelo

By:  */s/* Ian R. Barker (Authorized Sept. 26, 2011)
       IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The hearing on the Court's Order to Show Cause (Dckt#152) and the hearing on Brad Clark's Motion to Withdraw as Counsel for Cesar Caballero (Dckt#145) are both continued to October 19, 2011, at 9:30 a.m., from October 5, 2011.

2. Defendant's response to the Order to Show Cause shall be filed no later than Friday, October 7, 2011.

3. Plaintiff's reply to Defendant's response to the Order to Show Cause shall be filed by Friday, October 14, 2011.

4. Defendant's reply to Plaintiff's Opposition to Brad Clark's Motion to Withdraw as Counsel for Cesar Caballero (Dckt#153) shall be filed by Wednesday, October 12, 2011.

DATED: 9/28/2011          /s/ John A. Mendez
                          Honorable John A. Mendez
                          United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com