1  BRAD CLARK, ESQ., CSB #248658
   Law Office of Brad Clark
2  550 Main Street, Suite D
   Placerville, CA 95667
3  Tel. (530) 621-4170
   Fax (530) 621-2910
4  Email: brad@bradclarklaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CESAR CABALLERO,<br><br>　　　　　　Defendant. | Case No. 2:08-CV-03133-JAM-DAD<br><br>**ORDER GRANTING BRAD CLARK'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR CESAR CABALLERO** |

On October 19, 2011 the Court heard Brad Clark on his motion to withdraw as counsel of record for Cesar Caballero in the above titled action. After considering the standards for withdrawal set forth in the California Rules of Professional Conduct, counsel's moving papers and papers submitted in opposition thereto, and the entire record in this action, the Court **RULES AS FOLLOWS**:

//

//

//

1

2:08-cv-03133-JAM-DAD                                   ORDER GRANTING MOTION TO WITHDRAW

PDF created with pdfFactory trial version www.pdffactory.com

1  Good cause appearing, the Court **GRANTS** Brad Clark's motion to withdraw
2  (Doc.#141) without imposing conditions, and **ORDERS** that Brad Clark is hereby
3  removed as counsel of record for Cesar Caballero.  Accordingly, Cesar Caballero is hereby
4  substituted in *pro se* as counsel of record.
5  **IT IS SO ORDERED.**

Dated: 10/27/2011

/s/ John A. Mendez_____

Hon. John A. Mendez
United States District Court Judge

2
2:08-cv-03133-JAM-DAD                    ORDER GRANTING MOTION TO WITHDRAW

PDF created with pdfFactory trial version www.pdffactory.com