1  PAULA M. YOST (State Bar No. 156843)
   paula.yost@snrdenton.com
2  IAN R. BARKER (State Bar No. 240223)
   ian.barker@snrdenton.com
3  SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
   sara.setshwaelo@snrdenton.com
4  SNR DENTON US LLP
   525 Market Street, 26th Floor
5  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
6  Facsimile: (415) 882-0300

7  Attorneys for Plaintiff
   SHINGLE SPRINGS BAND OF MIWOK INDIANS
8




FILED
OCT 31 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

9  UNITED STATES DISTRICT COURT
10 EASTERN DISTRICT OF CALIFORNIA

11 SHINGLE SPRINGS BAND OF MIWOK            CASE NO. 2:08-CV-03133-JAM-DAD
   INDIANS,
12                                          ORDER IMPRISONING DEFENDANT
                  Plaintiff,                FOR HIS CONTINUED CONTEMPT
13                                          OF THE COURT'S PRELIMINARY
       v.                                   INJUNCTION
14
   CESAR CABALLERO,                         Date:       October 19, 2011
15                                          Time:       9:30 a.m.
                  Defendant.                Courtroom:  6
16
                                            Judge:      Hon. John A. Mendez
17

18

19      Upon review and consideration of Plaintiff Shingle Springs Band of Miwok Indians'

20 ("Tribe") Application for an Order to Show Cause Why Defendant Should Not Be Imprisoned for

21 His Continued Contempt of Court's Preliminary Injunction ("Application"); the papers filed in

22 support of the Tribe's Application, including the declarations of Ian Barker and Sara Setshwaelo;

23 Defendant Cesar Caballero's written opposition to the Application, if any; statements at oral

24 argument, if any; the court file in the above-captioned case; and other good cause appearing

25 therefor, it is:

26 ///

27 ///

28 ///

1   ORDERED AND ADJUDGED, for the reasons stated by the Court at the hearing on
2   October 19, 2011, and the reasons set forth in the Tribe's papers in this action, that (1) Cesar
3   Caballero remains in contempt of this Court's preliminary injunction order ("Injunction Order")
4   issued on September 15, 2010, directing that "Mr. Caballero may not use, or represent to third
5   parties, including the United States government, that he is associated with or a representative of,
6   the 'Shingle Springs Band of Miwok Indians,' the 'Shingle Springs Rancheria,' the 'Shingle
7   Springs Miwok Tribe,' the 'Shingle Springs Miwok Indians,' or any confusingly similar variation
8   thereof" and that "Mr. Caballero also may not represent that he is associated with, or lives on, the
9   Shingle Springs Rancheria, the sovereign territory and land base that is held in trust by the United
10  States for the Tribe" and that (2) Mr. Caballero has failed to purge his contempt by complying
11  with the Court's Order Holding Defendant In Contempt For Violating The Court's Preliminary
12  Injunction ("Contempt Order"), issued August 1, 2011, which required Mr. Caballero to take
13  twelve (12) specific steps to bring himself into compliance with the Injunction Order, none of
14  which have been completed;
15       and its is further
16  ORDERED that, rather than complying with the Court's Injunction Order and Contempt
17  Order, Mr. Caballero has uploaded new videos entitled "Government Corruption, Part I,"
18  "Government Corruption, Part II," and "Government Corruption, Part III," which are accessible at
19  http://www.youtube.com/user/MiwokPromotions#p/u/4/gCo-ebphfYA,
20  http://www.youtube.com/user/MiwokPromotions#p/u/5/qg5RLPxtDhM, and
21  http://www.youtube.com/user/MiwokPromotions#p/u/7/ly4zDVTAl_8, respectively, which violate
22  the Injunction Order and Contempt Order, and two of which appeared after the Court issued the
23  Contempt Order on August 1, 2011;
24       and it is further
25  ORDERED that, rather than comply with the Injunction Order, Mr. Caballero contacted
26  the University of California, Phoebe Hearst Museum of Anthropology, purporting to be the
27  "chief" of the "Shingle Springs Band of Miwok Indians," and demanded that the Museum contact
28  him, and not the Tribe, in connection with its efforts to repatriate artifacts and remains;

1  and it is further

2  ORDERED that for the continued contempt of this Court, Cesar Caballero will be purged
3  of his contempt by complying with the Contempt Order and Injunction Order by taking all of the
4  following steps or causing all the following steps to be taken, by November 14, 2011:

5      1.    Withdrawing the Fictitious Business Name Statement that he filed with the Office
6  of the County Clerk of El Dorado, California, under the name "Shingle Springs Band of Miwok
7  Indians";

8      2.    Canceling any business license he holds under the name "Shingle Springs Band of
9  Miwok Indians";

10     3.    Removing from the @MiwokTribe page on Twitter, currently accessible at
11 http://twitter.com/#!/MiwokTribe, any language or images in violation of the Injunction Order,
12 including but not limited to any logo bearing the name "Shingle Springs Miwok Tribe" and any
13 mention of any web address containing the words "Shingle Springs Reservation";

14     4.    Removing from the "Championindian" photo sharing website hosted by
15 Photobucket, currently accessible at http://s83.photobucket.com/albums/j307/championindian/ and
16 via various pages linked to that page, any language or images in violation of the Injunction Order,
17 including but not limited to the following images:
18 TRIBAL_CORRUPTION_FEB_5__2009_revis.jpg in the album "championindian's album," and
19 Documenttree.jpg and FicticiousPublicationShingleSprings.jpg in the album "championindian's
20 album / Native American Movement / Shingle Springs Reservation Allottees 1974";

21     5.    Removing from www.myspace.com/championindian and
22 www.myspace.com/americanindians any language or images in violation of the Injunction Order
23 including but not limited to any use of "Shingle Springs Reservation" and "Shingle Springs Band
24 of Miwok Indians," and "Shingle Springs Miwok," a video depicting Mr. Caballero, identifying
25 him as the "Shingle Springs Indian Chief," and any logo bearing the name "Shingle Springs
26 Miwok Tribe";

27

28

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

6. Removing all content of any kind from the domains shinglespringsreservation.com, shinglespringsmiwoktribe.com, and shinglespringsindianreservation.com as any display of those URLs violates the Court's order;

7. Removing the words "Shing e [sic] Springs Miwok Tribe [¶] Band of Miwok Indians" from the mailbox at 6368 Pleasant Valley Road in El Dorado;

8. Sending to the Internal Revenue Service, Cincinnati, Ohio 45999, with a copy to the Tribe's counsel of record, a written request that the business account in the name of "Shingle Springs Band of Miwok Indians—Shingle Springs Miwok Tribe" be closed, attaching a copy of the notice indicating "WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER," appearing as Exhibit B of the Declaration of Cesar Caballero (Doc. 94-1), filed in this Court September 8, 2010;

9. Removing from YouTube, http://shinglespringsmiwoktribe.com, http://redhawkcasinoreviews.com, the "Shingle Springs Miwok Tribe" Facebook webpage, and any other web pages or platforms on which they appear, any videos containing language or images in violation of the Injunction Order, including but not limited to the videos entitled "Got Mail," "Identity Theft," "SEC Filings," "Appeal for Justice", "Just Follow the Money," and "No. C064919, California Court of Appeal, Third Appellate District";

10. Deactivating the "Shingle Springs Miwok Tribe" Facebook webpage through the process described at http://www.facebook.com/help/?page=842, to wit: by logging in as "Shingle Springs Miwok Tribe," accessing the Account dropdown menu in the upper left corner of the screen and selecting "Account Settings"; at the bottom of the Settings page, click "deactivate"; on the next page, click "Confirm."

11. Removing from any marketing materials or invoices for "Mow Goats" any language or images in violation of the Injunction Order, including but not limited to the term "Shingle Springs Miwok Tribe";

12. Removing the videos entitled "Government Corruption, Part I," "Government Corruption, Part II," and "Government Corruption, Part III," which are accessible at http://www.youtube.com/user/MiwokPromotions#p/u/4/gCo-ebphfYA,

-4-

1   http://www.youtube.com/user/MiwokPromotions#p/u/5/qg5RLPxtDhM, and

2   http://www.youtube.com/user/MiwokPromotions#p/u/7/ly4zDVTA1_8, respectively;

3        13.    Submitting payment to the Court in the full amount of $500 per day for each day

4   since, and including, September 1, 2011 (when his time to purge his contempt without monetary

5   sanctions expired), through the date that Mr. Caballero fully complies with the Injunction Order;

6   or, in the alternative, explaining in writing and providing documentation, under oath, that he is

7   unable presently to pay the full amount due and committing to a plan to pay the full amount due in

8   monthly installments; and

9        14.    Filing with the Court a report in writing, under oath, setting forth in detail the

10  manner and form in which Mr. Caballero has acted to take the foregoing steps and bring himself in

11  compliance with the Injunction Order;

12      and it is further

13      ORDERED that, should Cesar Caballero fail to take the steps outlined herein to bring

14  himself into compliance with the Injunction Order and Contempt Order before November 14,

15  2011, he shall report to this Court by 2:00 p.m. on November 14, 2011 to be committed to the

16  custody of the United States Marshal Service, and shall remain in custody for each day thereafter

17  that Cesar Caballero remains in violation of the Injunction Order and Contempt Order;

18      and it is further

19      ORDERED that, should Cesar Caballero be committed to the United States Marshal

20  Service for his failure to comply with the Injunction Order and Contempt Order, a hearing shall be

21  held before this Court on January 4, 2012 at 9:30 a.m. to address Cesar Caballero's continued

22  contempt of this Court. ~~and to impose further coercive sanctions, as this Court deems necessary~~

23  ~~and appropriate, in order to secure Cesar Caballero's compliance with the Injunction Order and~~

24  ~~Contempt Order.~~

25      IT IS SO ORDERED.

26

27  DATED: October 28, 2011

28                                      The Honorable John A. Mendez
                                    United States District Judge

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000