1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12   SHINGLE SPRINGS BAND OF MIWOK    )   Case No. 2:08-CV-03133-JAM-DAD
     INDIANS,                         )
13                                    )   ORDER TEMPORARILY RELEASING
                         Plaintiff,   )   DEFENDANT CESAR CABALLERO FROM
14                                    )   CUSTODY
          v.                          )
15                                    )
     CESAR CABALLERO,                 )
16                                    )
                         Defendant.   )
17                                    )
                                      )
18                                    )
                                      )
19   _____)

20        On January 4, 2012, this Court held a status conference.  The

21   Court ordered that Defendant Cesar Caballero ("Defendant"), who was

22   in custody for civil contempt, be temporarily released forthwith.

23   The Court emphasized that Defendant remains in contempt of the

24   Court and that its previous order holding Defendant in contempt for

25   violating the Court's preliminary injunction order (Doc. #140)

26   remains in force and has not been vacated.  The Court is allowing

27   Defendant to be temporarily released from custody so that he may

28   consult with counsel and demonstrate to the Court that he intends

                                      1

1   to comply with the Court' preliminary injunction order (Doc. #99)

2   by January 25, 2012.

3                     II.   ORDER

4      Defendant is ordered temporarily released from custody

5   forthwith.

6

7   IT IS SO ORDERED.

8   Dated: January 4, 2012

9                            /s/ John A. Mendez_____

10                            U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com