1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2    1477 Drew Avenue, Suite 106
     Davis, California 95618
3    Telephone:  530.759.0700
     Facsimile:   530.759.0800
4
   **Attorney for Defendant**
5  **CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br><br>CESAR CABALLERO, <br><br>　　　　　　　Defendant. | Case No. 2:08-CV-03133-JAM-DAD <br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON CIVIL CONTEMPT ORDER** <br><br><br>Date:　February 8, 2012 <br>Time:　9:30 a.m. <br>Ctrm:　Hon. John A. Mendez |

It is hereby stipulated and agreed to between Plaintiff, SHINGLE SPRINGS BAND OF MIWOK INDIANS, through its counsel of record, Sara Dutschke Setshwaelo, and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J. Wiseman, that the hearing on the Civil Contempt Order now scheduled for January 25, 2012, at 1:30 p.m., be rescheduled to February 8, 2012, at 9:30 a.m. The parties further stipulate and agree that Defendant's Reply shall be filed on or before January 25, 2012, and Plaintiff's Sur Reply shall be filed on or before February 1, 2012.

The parties are entering into this Stipulation because it is expected that the Defendant will be incarcerated in El Dorado County on January 25, 2012, and will be

/ / / / /

1

Stipulation and Proposed Order　　　　　　　　　　　　　　　Case No. 2:08-CV-03133-JAM-DAD
To Continue Hearing on Civil Contempt Order

unable to attend the hearing on that date.

Dated: January 10, 2012

               **Respectfully submitted,**

               **By:   /s/ Joseph J. Wiseman**
               **JOSEPH J. WISEMAN**

               **Attorney for Defendant**
               **CESAR CABALLERO**

**SO STIPULATED.**

**Dated: January 10, 2012**      **By:   /s/ Sara Dutschke Setshwaelo**
               **SARA DUTSCHKE SETSHWAELO**

               **Attorney for Plaintiff**
               **SHINGLE SPRINGS BAND OF MIWOK INDIANS**

## ORDER

Pursuant to the stipulation of the parties and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on the Civil Contempt Order in the above-captioned case be continued to February 8, 2012 at 9:30 a.m.

               **/s/ John A. Mendez**
               **JOHN A. MENDEZ**
               **United States District Court Judge**

2

**Stipulation and Proposed Order**      **Case No. 2:08-CV-03133-JAM-DAD**
**To Continue Hearing on Civil Contempt Order**

PDF created with pdfFactory trial version www.pdffactory.com