JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:  530.759.0700
Facsimile:   530.759.0800

**Attorney for Defendant
CESAR CABALLERO**

FILED

FEB 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CESAR CABALLERO,<br><br>                    Defendant. | Case No. 2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO COMPLY WITH CIVIL CONTEMPT ORDER** |

Subject to this Court's approval, it is hereby stipulated and agreed between Plaintiff, SHINGLE SPRINGS BAND OF MIWOK INDIANS, through its counsel of record, Sara Dutschke Setshwaelo, and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J. Wiseman, that the time for Defendant to comply with the Civil Contempt Order originally scheduled for February 9, 2012, at 5:00 p.m., be extended to February 24, 2012, at 5:00 p.m.

/ / / / /

/ / / / /

The parties are entering into this Stipulation in order to permit them to engage in settlement discussions and/or participate in mediation, before February 24, 2012, with the goal of settling all issues raised in the complaint filed in this case.

It is the parties' agreement and understanding that Mr. Caballero will personally participate in the settlement discussion, as will representatives of Mr. Caballero's tribe. It is likewise the parties' agreement and understanding that if Mr. Caballero has not complied with this Court's Civil Contempt Order by February 24, 2012, he must report to the U.S. Marshall for imprisonment.

Dated: February 10, 2012          Respectfully submitted,

By:   /s/ Joseph J. Wiseman
      JOSEPH J. WISEMAN

Attorney for Defendant
CESAR CABALLERO

SO STIPULATED.

Dated: February 10, 2012          By:   /s/ Sara Dutschke Setshwaelo
      SARA DUTSCHKE SETSHWAELO

Attorney for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

### ORDER

Pursuant to the stipulation of the parties and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the defendant surrender to the U.S. Marshal on or before 5:00 p.m. on February 24, 2012 unless he complies with the Civil Contempt Order by that time.

2-13-2012

_____
JOHN A. MENDEZ
United States District Court Judge