**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:   530.759.0700
  Facsimile:    530.759.0800

**Attorney for Defendant**
**CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>              Plaintiff,<br><br>    vs.<br><br><br>CESAR CABALLERO,<br><br>              Defendant. | Case No. 2:08-CV-03133-JAM-DAD<br><br>**STIPULATION AND ORDER TO VACATE CIVIL CONTEMPT ORDER** |

It is hereby stipulated and agreed to between Plaintiff, SHINGLE SPRINGS BAND OF MIWOK INDIANS ("TRIBE"), through its counsel of record, Sara Dutschke Setshwaelo, and Defendant, CESAR CABALLERO ("CABALLERO'), through his counsel of record, Joseph J. Wiseman, that the *Order Holding Defendant in Contempt for Violating the Court's Preliminary Injunction*, dated August 1, 2012 (Docket No. 140)("CONTEMPT ORDER") should be immediately vacated.

CABALLERO'S counsel, Mr. Wiseman, represents that CABALLERO has fully complied with the CONTEMPT ORDER (See *Notice of Compliance with Civil Contempt Order* (Docket No. 196)), and given Mr. Wiseman's representations, it appears to the

TRIBE that CABALLERO has substantially complied with the CONTEMPT ORDER. Accordingly, the parties agree that vacatur of the CONTEMPT ORDER is warranted.

Dated: April 3, 2012

            **Respectfully submitted,**

           By:  /s/ Joseph J. Wiseman
             JOSEPH J. WISEMAN

             Attorney for Defendant
             CESAR CABALLERO

SO STIPULATED.

Dated: April 3, 2012      By:  /s/ Sara Dutschke Setshwaelo
             SARA DUTSCHKE SETSHWAELO

             Attorney for Plaintiff
             SHINGLE SPRINGS BAND OF MIWOK
             INDIANS

## ORDER

Pursuant to the stipulation of the parties and for GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Civil Contempt Order issued in the above-captioned case is VACATED.  IT IS FURTHER ORDERED THAT the United States Marshal's Office shall immediately release Defendant CABALLERO from custody on the Contempt Order.

DATED:  April 3, 2012

     /s/ John A. Mendez
     JOHN A. MENDEZ
     United States District Court Judge

2

Stipulation and Proposed Order          Case No. 2:08-CV-03133-JAM-DAD
To Vacate Civil Contempt Order

PDF created with pdfFactory trial version www.pdffactory.com