**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>               Plaintiff,<br><br>vs.<br><br><br>CESAR CABALLERO,<br><br>               Defendant. | Case No. 2:08-CV-03133-JAM-DAD<br><br>**RESPONSE TO DEFENDANT'S MOTION TO TERMINATE COUNSEL AND PROPOSED ORDER** |

     Pursuant to the Minute Order of the Court filed on April 2, 2012 (Docket No. 197), the undersigned responds to Defendant's Motion to Terminate Counsel (Docket No. 195) as follows:  In light of the Stipulation and accompanying Order signed by the Court on April 3, 2012 (Docket No. 199), vacating the previous Order holding defendant CESAR CABALLERO in civil contempt in the above-captioned case, CABALLERO no longer needs the services of appointed counsel.

     Accordingly, undersigned counsel requests that his ancillary appointment under the Criminal Justice Act be terminated immediately.

                                Respectfully submitted,

                                WISEMAN LAW GROUP

                                By: ___/s/  Joseph J. Wiseman___
                                JOSEPH J. WISEMAN

**PROPOSED ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the appointment under the Criminal Justice Act of Joseph J. Wiseman, Esq. for ancillary services in the above-captioned case is hereby TERMINTED.

DATED: April 5, 2012          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge