PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
sara.setshwaelo@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>[PROPOSED] ORDER GRANTING SHINGLE SPRINGS BAND OF MIWOK INDIANS' *EX PARTE* APPLICATION TO EXTEND DEADLINES AND TO LENGTHEN TIME FOR TAKING DEPOSITION OF CESAR CABALLERO<br><br>Judge:   Hon. John A. Mendez<br>Dep't:   6 |

Upon review and consideration of Plaintiff Shingle Springs Band of Miwok Indians' ("Tribe") *Ex Parte* Application to Extend Deadlines and to Lengthen Time for Taking Deposition of Cesar Caballero ("Application"); the papers filed in support of the Tribe's Application, including the declaration of Ian Barker; the court file in the above-captioned case; and other good cause appearing therefor:

The Court finds that: (1) the Tribe has been denied the benefit of full discovery in this case as a result of Mr. Caballero's asserted "right to counsel" in this action and blanket assertion of a self-incrimination privilege arising from a criminal matter related to the Tribe's claims in this action and from his dilatory conduct in this action; and (2) the number of claims, trademarks, and documents at issue in this action, combined with the likelihood that the deposition will need to be

-1-

1  interrupted for Mr. Caballero to consult with criminal counsel or to have Magistrate Judge Drozd
2  resolve a dispute, necessitate a deposition of Mr. Caballero for longer than a single day.
3      Accordingly, IT IS HEREBY ORDERED THAT:

4  1. There is good cause for an order extending the deadlines in this case to permit
5     Plaintiff to depose Mr. Caballero in this action until after he has consulted with
6     counsel in the Criminal Action;

7  2. Mr. Caballero shall participate in good faith in a deposition by Plaintiff lasting no
8     more than [one (1) / two (2)] *one (1) day* days, to respond to all questions calling for
9     testimony as to which he lacks a Fifth Amendment privilege;

10  3. Should the Tribe require additional day(s) of deposition of Mr. Caballero beyond
11     those ordered in the previous paragraph, the parties are encouraged to stipulate to
12     additional days of deposition, either on or outside the deposition record, or if the
13     parties cannot reach a stipulation, the Tribe may seek leave from the ~~Court~~ *assigned Magistrate Judge* for
14     additional deposition day(s);

15  4. A notice of deposition served at least seven (7) days in advance of the deposition
16     date(s) sent via U.S. Mail to Mr. Caballero's address of record with the court
17     (currently 6368 Pleasant Valley Road, El Dorado, California 95623) and via email
18     to jamdad03133@gmail.com shall constitute sufficient notice to compel Mr.
19     Caballero's attendance at such a deposition;

20  5. ~~[The Court appoints _____ to serve as~~
21     ~~Mr. Caballero's ancillary council solely for the purpose of advising him regarding~~
22     ~~any Fifth Amendment objection he may enjoy to written discovery responses or~~
23     ~~deposition testimony sought by the Tribe;]~~

24  6. ~~[Mr. Caballero is directed to sit for his deposition in this action without Court-~~
25     ~~appointed counsel, but shall not be required to answer questions about his alleged~~
26     ~~execution and submission of the Official Federal Mail Forwarding Change of~~
27     ~~Address Orders on or about August 23, 2012, and August 28, 2012, of which he~~
28     ~~was criminally convicted;]~~

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  7. The parties may seek further judicial relief in connection with discovery disputes that is not inconsistent with this order; and

8. The deadlines previously set by the Court in this action are modified as follows:

| Event | Previous Date (per order filed January 5, 2012) | New Date |
|---|---|---|
| Last Day To Complete Discovery | May 16, 2012 | July 16, 2012 |
| Last Day To File Dispositive Motions | June 13, 2012 | August 15, 2012 |
| Hearing on Dispositive Motions | July 11, 2012, 9:00 a.m. | September 19, 2012, 9:30AM ~~9:00 a.m.~~ (or as convenient for the Court) |
| Last Day To File Joint Pretrial Statement | August 3, 2012 | October 12, 2012 |
| Final Pretrial Conference | August 10, 2012, 10:00 a.m. | October 19, 2012, 11AM ~~3:00 p.m.~~ (or as convenient for the Court) |
| Trial Date | September 24, 2012, 9:00 a.m. | December 3, 2012, 9:00 a.m. (or as convenient for the Court) |

DATED: May 14, 2012

Honorable John A. Mendez
United States District Court Judge

27388956

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000