PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
sara.setshwaelo@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>          Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>          Defendant. | CASE NO. 2:08-CV-03133-JAM-DAD<br><br>**ORDER GRANTING SHINGLE SPRINGS BAND OF MIWOK INDIANS'** *EX PARTE* **APPLICATION FOR LEAVE TO FURTHER DEPOSE CESAR CABALLERO AND FILE AMENDED COMPLAINT REGARDING NEWLY DISCOVERED MISCONDUCT**<br><br>Judge:       Hon. John A. Mendez<br>Dep't:        6 |

Upon review and consideration of Plaintiff Shingle Springs Band of Miwok Indians' ("Tribe") *Ex Parte* Application for Leave to Further Depose Cesar Caballero and File Amended Complaint Regarding Newly Discovered Misconduct ("Application"); the papers filed in support of the Tribe's Application, including the declaration of Ian Barker; the court file in the above-captioned case; and other good cause appearing therefor:

The Court finds that:  (1) the Tribe has been denied the benefit of full discovery in this case as a result of Mr. Caballero's apparent concealment of conduct potentially infringing the Tribe's trademark rights and the Court's preliminary injunction; and (2) good cause exists for, and

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  the interests of justice will be served by, permitting the Tribe to investigate and seek relief in this

2  action based on recently discovered and apparently serious conduct of Mr. Caballero.

3       Accordingly, IT IS HEREBY ORDERED THAT:

4      1. There is good cause for an order extending the deadlines in this case to permit

5         Plaintiff to further depose Mr. Caballero in this action;

6      2. Mr. Caballero shall participate in good faith in an additional deposition by Plaintiff

7         lasting no more than one day;

8      3. A notice of deposition served at least seven (7) days in advance of the deposition

9         date(s) sent via U.S. Mail to Mr. Caballero's address of record with the court

10        (currently 6368 Pleasant Valley Road, El Dorado, California 95623) and via email

11        to jamdad03133@gmail.com shall constitute sufficient notice to compel Mr.

12        Caballero's attendance at such a deposition;

13     4. The parties may seek further judicial relief in connection with discovery disputes

14        that is not inconsistent with this order;

15     5. Within 7 days of the date this Order is filed, the Tribe may file an amended

16        complaint incorporating conduct of Mr. Caballero discovered since the Tribe filed

17        its previous complaint; and

18     6. The deadlines previously set by the Court in this action are modified as follows:

| Event | Previous Date (per order filed May 14, 2012) | New Date |
|---|---|---|
| Last Day To Complete Discovery | July 16, 2012 | August 31, 2012 |
| Last Day To File Dispositive Motions | August 15, 2012 | October 8, 2012 |
| Hearing on Dispositive Motions | September 19, 2012, 9:30 a.m. | November 7, 2012, 9:30 a.m. |
| Last Day To File Joint Pretrial Statement | October 12, 2012 | January 11, 2013 |
| Final Pretrial Conference | October 19, 2012, | January 18, 2013, 11:00 a.m. |

No. 2:08-CV-03133-JAM-DAD               ORDER GRANTING *EX PARTE* APPLICATION FOR
LEAVE TO FURTHER DEPOSE
CABALLERO AND FILE AMENDED COMPLAINT

| Trial Date | December 3, 2012, 9:00 a.m. | March 4, 2013 |
|---|---|---|

DATED:  July 17, 2012

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

No. 2:08-CV-03133-JAM-DAD                    ORDER GRANTING *EX PARTE* APPLICATION FOR
                                             LEAVE TO FURTHER DEPOSE
                                             CABALLERO AND FILE AMENDED COMPLAINT

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000