PAULA M. YOST (State Bar No. 156843)
paula.yost@dentons.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@dentons.com
SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
sara.setshwaelo@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>Defendant. | CASE NO. 2:08-CV-03133-JAM-AC<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE IMPRISONED FOR CONTINUED VIOLATION OF THE COURT'S PERMANENT INJUNCTION**<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom: 6<br><br>Judge:     Hon. John A. Mendez |
|---|---|

Upon review and consideration of Cesar Caballero's Report of Compliance, filed April 30, 2013 (Doc. 273), Mr. Caballero's Supplemental Report of Compliance, filed May 29, 2013 (Doc. 278), the declaration of Ian R. Barker, filed September 13, 2013, and the court file in the above-captioned case, and other good cause appearing therefor, the Court:

FINDS that this Court's permanent injunction order, filed February 8, 2013 (Doc. 259) ("Injunction Order"), required Mr. Caballero to file a report of compliance with the Injunction Order by the due date of April 9, 2013, that Mr. Caballero failed to comply with that deadline, and

-1-

Case No. 2:08-CV-03133 JAM-AC        [PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR CONTINUED VIOLATION OF THE PERMANENT INJUNCTION

that when Mr. Caballero finally filed a document entitled "Report of Compliance" on April 30, 2013 (Docs. 273 & 275), the report did not contain any detail as to the manner and form of Mr. Caballero's compliance with the Court's Injunction Order;

FINDS that, after the Court ordered Mr. Caballero to file a supplemental Report of Compliance addressing these deficiencies (Doc. 277), Mr. Caballero filed a Supplemental Report of Compliance on May 29, 2013 (Doc. 278) admitting that:

- he has not yet complied with Paragraph 2(o) of the injunction, requiring him to cease "[h]olding or using a bank account, checks, credit card, debit card or other financial product under any name containing the Marks," seeking "a 30 day extension to do so," and representing that he would "file a supplement . . . shortly hereafter";

- he has not yet complied with Paragraph 3(b) of the injunction, requiring him to "[a]bandon, withdraw, or otherwise terminate the legal effect of any fictitious business name statements, business licenses, public records, or other such documents that he may have filed in any jurisdiction, as to which he has used [the Marks]," seeking "a 30 day extension to do so," and representing that he would "file a supplement . . . shortly hereafter";

- he has not yet complied with Paragraph 3(c) of the injunction, requiring him to "[c]lose any bank account, credit card account, debit card account, or other account held under any name containing the Marks . . . or permanently change all names and account titles associated with such accounts to names that do not contain the Marks," seeking "a 30 day extension to do so," and representing that he would "file a supplement . . . shortly hereafter"; and

- he has not yet complied with Paragraph 4 of the injunction, requiring him to transfer to the plaintiff Shingle Springs Band of Miwok Indians ("the Tribe"), at his own cost, the following domain names:

-2-
Case No. 2:08-CV-03133 JAM-AC      [PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR CONTINUED VIOLATION OF THE PERMANENT INJUNCTION

&lt;ShingleSpringsMiwokTribe.com&gt;

&lt;ShingleSpringsReservation.com&gt;

&lt;ShingleSpringsReservation.org&gt;

&lt;ShingleSpringsRancheria.org&gt;

&lt;ShingleSpringsMiwokTribe.org&gt;

&lt;ShingleSpringsIndianReservation.com&gt;

&lt;RedHawkCasino.info&gt;

&lt;RedHawkCasino.net&gt;

&lt;RedHawkCasino.org&gt;

&lt;ShingleSpringsReservation.info&gt;

&lt;ShingleSpringsReservation.biz&gt;

&lt;ShingleSpringsMiwokTribe.info&gt;

FINDS that Mr. Caballero has not filed the promised supplement to his Supplemental Report of Compliance and has not explained his noncompliance with Paragraphs 2(o), 3(b), 3(c), and 4 of the Injunction Order;

FINDS that the Tribe has submitted evidence showing that Mr. Caballero has also failed to comply with other portions of the Injunction Order, including:

- paragraph 3(d), requiring him to remove "www.shinglespringsreservation.info" from his "championindian" Twitter page, available at &lt;https://twitter.com/championindian&gt;; and

- paragraphs 2(h) and 3(e), requiring him to remove infringing videos from the Miwok Promotions YouTube page, available at &lt;http://www.youtube.com/user/MiwokPromotions?feature=&gt;, and, if necessary cause such videos to be removed by exercising his rights to prohibit unauthorized use of his name and voice; accordingly, it is hereby

-3-

Case No. 2:08-CV-03133 JAM-AC                     [PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR CONTINUED VIOLATION OF THE PERMANENT INJUNCTION

1  ORDERED that Mr. Caballero shall appear and show cause, if any there is, why he should
2 not be imprisoned for his failure to comply with the terms of this Court's Injunction Order;
3  ORDERED that Mr. Caballero's response to this order to show cause shall be filed and
4 served on or before September 30, 2013, any reply thereto shall be filed and served seven (7) days
5 after Mr. Caballero files his response, and a hearing on the order to show cause shall be set for
6 **October 23, 2013 at 9:30 a.m.**

DATED:   9/16/2013

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge

-4-
Case No. 2:08-CV-03133 JAM-AC

[PROPOSED] ORDER TO SHOW CAUSE WHY
DEFENDANT SHOULD NOT BE HELD IN
CONTEMPT FOR CONTINUED VIOLATION
OF THE PERMANENT INJUNCTION