UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>        Plaintiff,<br><br>   v.<br><br>CESAR CABALLERO,<br><br>        Defendant. | No. 2:08-cv-03133 JAM-AC<br><br>**ORDER TO SHOW CAUSE IN RE CONTEMPT** |
|---|---|

    On November 20, 2013, Defendant's Counsel Keith Oliver was ordered to pay sanctions of $250.00 to the Clerk of this Court for his failure to comply with the Local Rules within ten (10) days [290]. Mr. Oliver failed to comply with the Court's order. On December 17, 2013, the Court ordered Mr. Oliver to (1) show cause for failing to comply with the Court's sanction order or (2) pay sanctions in the amount of $500 to the Clerk of Court within three (3) days [292]. Once again, Mr. Oliver failed to comply with the Court's order. Accordingly, Mr. Oliver is ordered to appear before this Court on Wednesday, February 5, 2014, at 9:30 a.m. in Courtroom #6, to show cause as to why he

should not be held in contempt for failing to comply with the Court's orders described above.

    IT IS SO ORDERED.

Dated:  January 9, 2014

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2