1  PAULA M. YOST (State Bar No. 156843)
   paula.yost@dentons.com
2  IAN R. BARKER (State Bar No. 240223)
   ian.barker@dentons.com
3  SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
   sara.setshwaelo@dentons.com
4  DENTONS US LLP
   525 Market Street, 26th Floor
5  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
6  Facsimile: (415) 882-0300

7

8  Attorneys for Plaintiff
   SHINGLE SPRINGS BAND OF MIWOK INDIANS

9

10                 UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
11

12 SHINGLE SPRINGS BAND OF MIWOK          CASE NO. 2:08-CV-03133-JAM-AC
   INDIANS,
13                                        **STIPULATION AND ORDER**
          Plaintiff,                      **CONTINUING STATUS CONFERENCE**
14
   v.
15
   CESAR CABALLERO,
16
          Defendant.
17

18        Plaintiff Shingle Springs Band of Miwok Indians (hereinafter "Tribe") and defendant

19 Cesar Caballero hereby stipulate and agree as follows, and respectfully request that the Court

20 approve and give effect to their stipulation:

21        WHEREAS, a status conference is currently set for May 3, 2016, at 1:30 p.m.;

22        WHEREAS, Mr. Caballero is in the process of retaining counsel to represent him in this

23 action;

24        WHEREAS, Mr. Caballero's new counsel will require additional time to acquaint himself

25 with this case file to prepare for the status conference; and

26        WHEREAS, the parties intend to meet and confer to prepare a joint status report regarding

27 further proceedings in this case.

28        .

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

-1-

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties

2    that:

3         1.   The status conference currently set for May 3, 2016, at 1:30 p.m., be continued to

4              June 14, 2016, at 1:30 p.m, or to a date thereafter convenient for the court.

5         2.   The parties will file a joint status report no later than June 7, 2016.

6         IT IS SO STIPULATED.

7

8                                      Respectfully submitted,

9    Dated: May 2, 2016               DENTONS US LLP

10

11                                     By_____/s/ *Ian R. Barker*_____

12                                          IAN R. BARKER

13                                     Attorneys for Plaintiff
                                       SHINGLE SPRINGS BAND OF MIWOK
14                                     INDIANS

15   Dated: April 29, 2016            CESAR CABALLERO

16

17

18                                     By_____/s/Cesar Caballero_____
                                            CESAR CABALLERO
19

20   Dated:  April 29, 2016           BURNHAM | BROWN

21

22                                     By_____/s/Charles A. Alfonzo_____

23                                          CHARLES A. ALFONZO

24                                     Attorneys for Defendant,
                                       CESAR CABALLERO
25

26

27

28

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

No. 2:08-CV-03133-JAM-AC                              STIPULATION AND [PROPOSED]
                                            ORDER CONTINUING STATUS CONFERENCE

ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  The status conference currently set for May 3, 2016, at 1:30 p.m., is continued to June 14, 2016, at 1:30 p.m.

2.   The parties shall file a joint status report no later than June 7, 2016.

DATED:  5/2/2016                    /s/ John A. Mendez_____
                                   Honorable John A. Mendez
                                   United States District Court Judge

-3-

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS CONFERENCE