UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>    Plaintiff,<br><br>  v.<br><br>CESAR CABALLERO,<br><br>    Defendant. | No.  2:08-cv-03133 JAM-AC<br><br>**RECUSAL ORDER** |
|---|---|

  Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

  Good cause appearing therefor,

  IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

  IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

///

///

1

1      IT IS FURTHER ORDERED that the Clerk of the Court reassign
2 this case to another judge for all further proceedings and that
3 the Clerk of the Court make appropriate adjustment in the
4 assignment of civil cases to compensate for this reassignment.
5      IT IS SO ORDERED.
6 DATED:  May 17, 2016.              /s/ John A. Mendez
                                     HONORABLE JOHN A. MENDEZ
7                                    United States District Judge