UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br>Plaintiff,<br>v.<br>CESAR CABALLERO,<br>Defendant. | No. 2:08-cv-3133 KJM AC<br><br>SCHEDULING ORDER |

On December 14, 2015, this case was remanded to this court from the Ninth Circuit Court of Appeals. Following remand, the previously assigned district judge recused and the case was reassigned to this judge who, on August 18, 2016, held a scheduling conference. Ian Barker appeared for plaintiff; Charles Alfonzo appeared for defendant.

Having reviewed the parties' Joint Status Report filed on August 11, 2016, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I. SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

/////

II. ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon 15 U.S.C. §§ 1121, 1125(a) and 28 U.S.C. §§ 1331, 1367. Jurisdiction and venue are not disputed.

IV. MEDIATION

The parties are interested in a court-convened settlement/mediation before a judge or mediator familiar with the law applicable to tribal matters. This court has conferred with the Ninth Circuit's Mediation Office, which has the required expertise and is available to assist with mediation of the case. This case therefore is REFERRED to the Ninth Circuit for mediation. The Ninth Circuit Mediator will contact counsel shortly to set up an initial phone call.

V. INITIAL DISCLOSURES

The parties shall update initial disclosures within thirty (30) days of completion of mediation, if the case does not settle.

VI. SUPPLEMENTING RECORD AND ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT

On remand, the Ninth Circuit left it to the district court's discretion whether to allow the parties "to supplement the record and file additional motions for summary judgment, as to both trademark and cybersquatting claims." Ninth Cir. Mem. Order at 6, ECF 303. The parties shall file any briefing regarding whether the court should allow supplementation of the record and the filing of additional motions for summary judgment within sixty (60) days of completion of mediation, if the case does not settle.

VII. MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement by the parties pursuant to stipulation alone does not

constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

The assigned magistrate judge is authorized to modify only discovery dates to the extent any such modification does not impact the balance of the schedule of the case.

VIII. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: September 8, 2016.

UNITED STATES DISTRICT JUDGE