UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>  Plaintiff,<br><br>  v.<br><br>CESAR CABALLERO,<br><br>  Defendant. | No. 2:08-cv-3133 KJM AC<br><br>ORDER |

The circuit mediator, Stephen Liacouras, has provided the court with an update as to the parties' progress in mediation. Mr. Liacouras reports a productive mediation session between the parties on February 10, 2017. Mr. Liacouras' report prompts the court to issue the following order: On or before March 31, 2017, the parties shall exchange documents as part of the mediation process. The mediator will initiate a further settlement conference call with counsel on April 13, 2017, at 2:00 p.m.

    IT IS SO ORDERED.

 DATED: March 1, 2017

_____
UNITED STATES DISTRICT JUDGE

1