PAULA M. YOST (State Bar No. 156843)
paula.yost@dentons.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@dentons.com
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105-2708
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS


CHARLES A. ALFONZO (State Bar No. 184164)
calfonzo@BurnhamBrown.com
1901 Harrison Street, 14th Floor
Oakland, CA 94612-3501
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendant
CESAR CABALLERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>　　Plaintiff,<br><br>v.<br><br>CESAR CABALLERO,<br><br>　　Defendant. | CASE NO. 2:08-CV-03133-KJM-AC<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

1     Plaintiff Shingle Springs Band of Miwok Indians (hereinafter "Tribe") and defendant Cesar Caballero hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

    WHEREAS, the Court referred this case to mediation as part of its September 8, 2016, scheduling order (Doc. 316);

    WHEREAS, the Tribe and Mr. Caballero have completed the mediation, as directed by the scheduling order;

    WHEREAS, the Tribe now seeks to voluntarily dismiss this case;

    WHEREAS, the Tribe and Mr. Caballero have been unable to negotiate conditions of voluntary dismissal;

    WHEREAS, the Tribe will file a Motion for Voluntary Dismissal in this case; and

    WHEREAS, the parties wish to stipulate to a briefing schedule and hearing schedule that is convenient to the Court and provides each party sufficient time to prepare its upcoming briefing on the Motion for Voluntary Dismissal.

    NOW, THEREFORE, IT IS STIPULATED AND AGREED among the parties that:

1. The Tribe will file its Motion for Voluntary Dismissal on or before May 14, 2018.
2. Mr. Caballero may file an opposition to the Tribe's Motion for Voluntary Dismissal on or before June 14, 2018.
3. The Tribe may file a reply in support of its Motion for Voluntary Dismissal on or before June 28, 2018.
4. A hearing may be held on July 19, 2018, in Courtroom 6 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, or on the earliest date thereafter convenient to the Court.

1     5. The deadlines in the September 8, 2016, scheduling order (Doc. 316) are taken off-calendar, with any additional deadlines to be set at the hearing on the Motion for Voluntary Dismissal, as necessary.

IT IS SO STIPULATED.

Dated: _April 2, 2018

Respectfully submitted,
DENTONS US LLP

By   /s/ *Ian R. Barker*
    IAN R. BARKER

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: _ April 2, 2018

BURNHAM | BROWN

By   /s/ *Charles A. Alfonzo*
    CHARLES A. ALFONZO
    (as authorized on 4/2/2018)

Attorneys for Defendant
CESAR CABALLERO

# ORDER

The parties having stipulated thereto and good cause appearing, **IT IS ORDERED** that:

1. The Tribe will file its Motion for Voluntary Dismissal on or before May 14, 2018.
2. Mr. Caballero may file an opposition to the Tribe's Motion for Voluntary Dismissal on or before June 14, 2018.
3. The Tribe may file a reply in support of its Motion for Voluntary Dismissal on or before June 28, 2018.
4. A hearing will be held on the date noticed by the Tribe in connection with the filing of its motion, unless otherwise ordered by the court.
5. The deadlines in the September 8, 2016, scheduling order (Doc. 316) are taken off-calendar, with any additional deadlines to be set at the hearing on the Motion for Voluntary Dismissal, as necessary.

**IT IS SO ORDERED.**

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE