UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>        Plaintiff,<br><br>    v.<br><br>CESAR CABALLERO,<br><br>        Defendant. | No. 2:08-cv-03133-KJM-AC<br><br>ORDER |

On April 4, 2018, the court set May 14, 2018 as the deadline for the Tribe to move for voluntary dismissal, June 14, 2018 as the deadline for Mr. Caballero's opposition, and June 28, 2018 as the deadline for the Tribe's reply. ECF No. 323. The Tribe timely moved for voluntary dismissal on May 14, 2018. ECF No. 324. Mr. Caballero did not file an opposition and instead filed a Proposed Substitution of Attorney on June 20, 2018. ECF No. 325.

As written, counsel's proposed substitution does not satisfy Local Rule 182. Specifically, the substitution would leave Mr. Caballero *in propria persona*, yet counsel has not moved for leave of court, has not given his client and other parties the requisite notice, and has not provided "an affidavit stating the current or last known address . . . of the client and the efforts made to notify the client of the motion to withdraw." *See* E.D. Cal. L. R. 182. Accordingly, the proposed substitution is DENIED without prejudice. Within 30 days, counsel

1

1 | for Mr. Caballero shall file either an opposition to the Tribe's dismissal motion, or a Rule 182-
2 | compliant motion to withdraw.

        IT IS SO ORDERED.

DATED: July 9, 2018.

_____
UNITED STATES DISTRICT JUDGE